IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MOSLEY,<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BANK OF AMERICA,<br>BRIAN YOUNG, Epic Settlement Manager,<br>KENNETH BENNETT, Bank of America Manager,<br>　　　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  23-30 |

# O R D E R

AND NOW, this 7th day of August, 2023, upon consideration of Plaintiff James Mosley's *pro se* Amended Complaint (ECF No. 7) and his "Motion to Leave to Amend" (ECF No. 8), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to change the docket to reflect that ECF No. 8 is an Exhibit and terminate the entry as a Motion.

2. The Amended Complaint (ECF No. 7) is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** as follows:

    a. All federal law claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

**KELLEY B. HODGE, J.**